UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| MICHAEL CHARLES MEISLER, | ) | 3:12-cv-00487-MMD-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | March 20, 2015 |
| NADINE CHRZANOWSKI, *et al.*, | ) | |
| Defendants. | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>Katie Lynn Ogden</u>     REPORTER:   <u>None Appearing</u>

COUNSEL FOR PLAINTIFF:   <u>None Appearing</u>

COUNSEL FOR DEFENDANTS:   <u>None Appearing</u>

**MINUTE ORDER IN CHAMBERS:**

    Before the court is Plaintiff's "Motion Seeking the Issuance of a Subpoena Duces Tecum." (Doc. # 36).

    Plaintiff's motion is DENIED for the reasons set forth in this court's order entered March 18, 2015, (Doc. # 35).

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:           /s/
    Katie Lynn Ogden, Deputy Clerk

1