# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL CHARLES MEISLER, ) | 3:12-cv-00487-MMD-WGC |
| ) | |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| vs. ) | |
| ) | April 10, 2015 |
| NADINE CHRZANOWSKI, et al., ) | |
| ) | |
| Defendants. ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KATIE LYNN OGDEN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion to Modify. (Doc. # 50.)  There are two components to Plaintiff's Motion. First, Plaintiff seeks the court to modify its order (Doc. # 43) which granted Plaintiff a 60 day extension to and including June 23, 2015, to effect service of process as to defendant Tebo. (Doc. # 50.) Plaintiff states he initially sought the extension only as to defendant Tebo because he was unaware as to how many of the eight defendants had been served. However, now that the Douglas County defendants (but not Dan Vidovich) have been served, Plaintiff seeks to extend the time in which he may serve Mr. Vidovich to and including June 23, 2015, the same deadline the court extended as to Ms. Tebo. (*Id*., at 2.)

This component of Plaintiff's motion for enlargement to serve Dan Vidovich (Doc. # 50) is **GRANTED.**  Plaintiff shall have **up to and including June 23, 2015** to effect personal service upon Defendant Vidovich.

The second component of Plaintiff's motion states the additional time sought to effect service would enable Plaintiff to publish notice of the suit to effectuate service of process by publication. The Plaintiff asks the court to "modify its order (Dkt 43) to include Defendant Dan Vidovich as a party upon whom service of process is to be effectuated by person (sic) service or service by publication." (*Id*., at 3.)

The second component of Plaintiff's motion is **DENIED WITHOUT PREJUDICE**  The granting of this extension is not be construed as any endorsement by this court that Plaintiff has been given leave to effect service on Defendant Vidovich by publication. (See Doc. # 53).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:      /s/
Deputy Clerk