AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

MICHAEL CHARLES MEISLER,

    Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

                              CASE NUMBER: **3:12-cv-00487-MMD-WGC**

NADINE CHRZANOWSKI, et al.,

    Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants Nadine Chrzanowski, M.A. Munoz, Ted Duzan, Ron Perini, and Douglas County's Motion to Dismiss (#38) is granted; and judgment is entered in favor of these Defendants. The remaining state law claims against Defendants Janice Tebo, Laura J. Sperry and Sprint-Nextel, Inc. are dismissed without prejudice.

  October 16, 2015                                **LANCE S. WILSON**
                                                           Clerk

                                                         /s/ D. R. Morgan
                                                          Deputy Clerk